# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2026-0845
LT Case No. 2025-DP-000291

_____

WILLIAM AUSTIN KINARD,

 Appellant,

 v.

DEPARTMENT of CHILDREN and
FAMILIES,

 Appellee.

_____

On appeal from the Circuit Court for Marion County.
Bradley E. King, Judge.

Darby F. Hertz and Mackenzie Badger, of Hertz & Kearns,
Gainesville, for Appellant.

Rachel Batten, of Children's Legal Services, Department of
Children and Families, Brooksville, for Appellee.


June 16, 2026


PER CURIAM.

 AFFIRMED.

EISNAUGLE, HARRIS, and SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____